## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LESLIE SAPIENZA, | ) | |
| | ) | |
| | ) | C.A. No. 14-974-LPS |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD A. CASTELLON, | ) | |
| 20/20 FINANCIAL SERVICES, INC., | ) | |
| 20/20 FINANCIAL SERVICES, LLC, | ) | |
| CREDITINVEST, LLC | ) | |
| ABC CORP., XYZ, LLC. | ) | |
| | ) | |
| Defendants | ) | |

### NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(1)(a)(1) CONCERNING DEFENDANTS 20/20 FINANCIAL SERVICES, INC., 20/20 FINANCIAL SERVICES, LLC, CREDITINVEST, LLC, AND ABC CORP., AND XYZ, LLC.

Plaintiff Leslie Sapienza, by and through her undersigned Counsel, hereby Voluntarily Dismisses all remaining claims in the above-captioned matter pursuant to Federal Rule of Civil Procedure 41(1)(a)(1) against Defendants 20/20 Financial Services, Inc., 20/20 Financial Services, LLC, Creditinvest, LLC, ABC Corp., and XYZ, LLC, none of these Defendants having answered or Responded to Plaintiff's Complaint or Amended Complaint.

                                                                    LAW OFFICE OF
                                                                    DANIEL C. HERR LLC

DATE: August 5, 2016                     */s/ Daniel C. Herr*
                                                                    Daniel C. Herr, Esquire, Bar No. 5497
                                                                    1225 North King Street; Suite 1000
                                                                    Wilmington, DE 19801
                                                                    302-483-7060 (tel); (302) 483-7065 (fax)
                                                                    dherr@dherrlaw.com
                                                                    *Attorney for Plaintiff*